# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PTL HOLDINGS LLC, | ) Case No. 11-[_____] (__) |
| | ) |
| Debtor. | ) |
| | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## TWENTY (20) LARGEST UNSECURED CLAIMS

Following is a consolidated list of the Debtors' creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include 1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or 2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.[1]

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state the value of security) |
|---|---|---|---|---|
| Ameriquest Transportation Serv.<br>P.O. Box 828997<br>Philadelphia, PA 19182-8997 | Ameriquest Transportation Serv.<br>P.O. Box 828997<br>Philadelphia, PA 19182-8997<br>Attn: Accounts Receivable<br>Tel: (856) 382-4715<br>Fax: (856) 773-0617 | Trade Debt | | $23,339.53 |
| Utility Trailer Sales GA<br>2620 Campbell Blvd.<br>P.O. Box 8<br>Ellenwood, GA 30294 | Utility Trailer Sales GA<br>2620 Campbell Blvd.<br>P.O. Box 8<br>Ellenwood, GA 30294<br>Attn: Accounts Receivable<br>Tel: (404) 363-4383<br>Fax: (404) 363-6879 | Trade Debt | | $8,889.19 |

---

[1] Garrison Loan Agency Services LLC, as Administrative Agent on behalf of certain lenders and Fifth Street Finance Corp. are secured lenders of the Debtor whose claims may be unsecured in part.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state the value of security) |
|---|---|---|---|---|
| W&B Service Co.<br>660 Fort Worth Ave.<br>P.O. Box 842328<br>Dallas, TX 75284-2328 | W&B Service Co.<br>660 Fort Worth Ave.<br>P.O. Box 842328<br>Dallas, TX 75284-2328<br>Attn: Accounts Receivable<br>Tel: (214) 742-2471<br>Fax: (713) 224-4333 | Trade Debt | | $8,834.39 |
| AL Tucker Trailers, Inc.<br>7401 North Loop East<br>Houston, TX 77028 | AL Tucker Trailers, Inc.<br>7401 North Loop East<br>Houston, TX 77028<br>Attn: Accounts Receivable<br>Tel: (713) 672-7578<br>Fax: (713) 676-2414 | Trade Debt | | $8,365.66 |
| National Trailer Repair, Inc.<br>P.O. Box 171568<br>Irving, TX 75017 | National Trailer Repair, Inc.<br>P.O. Box 171568<br>Irving, TX 75017<br>Attn: Accounts Receivable<br>Tel: (972) 438-3700<br>Fax: (972) 438-6229 | Trade Debt | | $6,515.41 |
| Chris Trailer Repair<br>P.O. Box 636<br>Harrison, NJ 07029 | Chris Trailer Repair<br>P.O. Box 636<br>Harrison, NJ 07029<br>Attn: Accounts Receivable<br>Tel: (973) 789-1953<br>Fax: (973) 484-7699 | Trade Debt | | $6,155.50 |
| Equipment Services<br>40 Airport Road<br>Hartford, CT 06114-2099 | Equipment Services<br>40 Airport Road<br>Hartford, CT 06114-2099<br>Attn: Accounts Receivable<br>Tel: (860) 818-7988<br>Fax: (860) 296-0373 | Trade Debt | | $5,820.13 |
| Trailer Service & Repair Inc.<br>P.O. Box 16763<br>Atlanta, GA 30321 | Trailer Service & Repair Inc.<br>P.O. Box 16763<br>Atlanta, GA 30321<br>Attn: Accounts Receivable<br>Tel: (770) 262-2382 | Trade Debt | | $4,714.00 |
| JP Rivard<br>1 Ward Way<br>N. Chelmsford, MA 01863 | JP Rivard<br>1 Ward Way<br>N. Chelmsford, MA 01863<br>Attn: Accounts Receivable<br>Tel: (978) 251-9953<br>Fax: (978) 251-9959 | Trade Debt | | $4,699.33 |
| Alliance One LLC<br>P.O. Box 27345<br>New York, NY 10087 | Alliance One LLC<br>P.O. Box 27345<br>Attn: Bobby J. Heartfield<br>New York, NY 10087<br>Tel: (803) 600-7614 | Trade Debt | | $4,331.64 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state the value of security) |
|---|---|---|---|---|
| Lee's Trailer Services<br>831 Agee Terrace<br>Midlothian, VA 23114 | Lee's Trailer Services<br>831 Agee Terrace<br>Attn: Lee Tan Troung<br>Midlothian, VA 23114<br>Tel: (804) 539-1344<br>Fax: (804) 897-1376 | Trade Debt | | $4,178.00 |
| North Jersey Trailer & Truck<br>975 Belmont Ave<br>North Haledon, NJ 7508 | North Jersey Trailer & Truck<br>975 Belmont Ave<br>North Haledon, NJ 07508<br>Attn: Accounts Receivable<br>Tel: (973) 423-2929<br>Fax: (973) 423-3808 | Trade Debt | | $4,007.43 |
| RC Trailer Sales & Services Co.<br>P.O. Box 580<br>Pinson, AL 35126 | RC Trailer Sales & Services Co.<br>P.O. Box 580<br>Pinson, AL 35126<br>Attn: Accounts Receivable<br>Tel: (205) 680-0924<br>Fax: (205) 680-9689 | Trade Debt | | $3,817.28 |
| L&D Fleet Repair Corp<br>4136 Pershing Pointe Place, Suite 5<br>Orlando, FL 32822 | L&D Fleet Repair Corp<br>4136 Pershing Pointe Place, Suite 5<br>Orlando, FL 32822<br>Attn: Accounts Receivable<br>Tel: (813) 420-6029<br>Fax: (407) 237-0128 | Trade Debt | | $3,459.40 |
| C&R Trailer R<br>6886 Canal Road<br>P.O. Box 28<br>Commercial Point, OH 43116 | C&R Trailer R<br>6886 Canal Road<br>P.O. Box 28<br>Attn: Roy G. Vance<br>Tel: (614) 491-0661<br>Fax: (614) 877-0850 | Trade Debt | | $3,427.00 |
| Truck Pro Commercial Service<br>9901 Cudell<br>Cleveland, OH 44102 | Truck Pro Commercial Service<br>9901 Cudell<br>Cleveland, OH 44102<br>Attn: Accounts Receivable<br>Tel: (216) 308-8688<br>Fax: (216) 225-5092 | Trade Debt | | $3,327.96 |
| Matuszko Trailer Repair, Inc.<br>712 Amherst Road<br>Sunderland, MA 01375 | Matuszko Trailer Repair, Inc.<br>712 Amherst Road<br>Sunderland, MA 01375<br>Attn: Accounts Receivable<br>Tel: (413) 548-9773<br>Fax: (413) 548-9775 | Trade Debt | | $3,278.63 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state the value of security) |
|---|---|---|---|---|
| Scott's Mobile Trailer RPR<br>Richmond, VA 23224 | Scott's Mobile Trailer RPR<br>Richmond, VA 23224<br>Attn: Scott Scalzi<br>Tel: (804) 232-2080<br>Fax: (804) 232-2143 | Trade Debt | | $2,917.20 |
| Reliable Trailer Services, Inc.<br>P.O. Box 24266<br>Richmond, VA 23224 | Reliable Trailer Services, Inc.<br>P.O. Box 24266<br>Richmond, VA 23224<br>Attn: Accounts Receivable<br>Tel: (804) 232-2080<br>Fax: (804) 232-2143 | Trade Debt | | $2,669.95 |
| Edgar Transport Parts Inc.<br>1001 East Linden Ave.<br>Linden, NJ 07036-2491 | Edgar Transport Parts Inc.<br>1001 East Linden Ave.<br>Linden, NJ 07036-2491<br>Attn: Accounts Receivable<br>Tel: (908) 862-6767<br>Fax: (908) 862-7657 | Trade Debt | | $2,622.21 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PTL HOLDINGS LLC, | ) Case No. 11-[____] (__) |
| Debtor. | ) |

## DECLARATION REGARDING LIST OF CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

I, Scott J. Nelson, as an Authorized Person of PTL Holdings LLC, the limited liability company named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the Consolidated Top 20 List submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 23, 2011

Signature: _____
By: Scott J. Nelson
Title: Authorized Person