IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PTL HOLDINGS LLC, | ) Case No. 11-[_____] (__) |
| Debtor. | ) |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holders for PTL Holdings LLC, the debtor in the above-captioned case, are:

| NAME | ADDRESS | EQUITY HOLDINGS |
|---|---|---|
| AG/Coda Trailer Investors, LLC | c/o Angelo, Gordon & Co. 245 Park Avenue – 26th Floor New York, NY 10167 Attn: Harish Nataraj | 100% |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Scott J. Nelson, as an Authorized Person of PTL Holdings LLC, the limited liability company named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the List of Equity Security Holders submitted herewith and that it is true and correct to the best of my information and belief.

Date: August 23, 2011

Signature: _____
By: Scott J. Nelson
Title: Authorized Person