# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PTL HOLDINGS LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 11-12676 (__) |
| In re: <br><br> PREMIER TRAILER LEASING, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 11- 12677(__) |

## ORDER PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the Motion[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order ("Order") pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), directing the joint administration of the Debtors' Chapter 11 Cases and the consolidation thereof for procedural purposes only; and upon the *Declaration of Scott J. Nelson in Support of Chapter 11 Petitions and First Day Motions*; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the joint administration of these Chapter 11 Cases is essential to the ongoing orderly operation of the Debtors' businesses and is in the best interests of the Debtors, their estates, and their

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

creditors; and the Debtors having provided notice of the Motion as set forth in the Motion and it appearing that no other or further notice of the Motion need be given; and after due deliberation and good and sufficient cause appearing therefore; it is hereby

ORDERED, DECREED AND ADJUDGED THAT:

1.  The Motion is granted.

2.  The Cases shall be jointly administered and consolidated for procedural purposes only in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1. The Clerk of the Court shall maintain a single file and single docket for the Cases, which file and docket shall be the chapter 11 case of PTL Holdings LLC, Case No. 11-12676 (__).

3.  All pleadings filed in the Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **PTL HOLDINGS LLC, *et al.*,**[1] | ) Case No. 11-12676 (__) |
| | ) |
| **Debtors.** | ) (Jointly Administered) |
| | ) |

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: PTL Holdings LLC ("Holdings")(6723) and Premier Trailer Leasing, Inc. ("Premier") (3906). The Debtors' address is 3600 William D. Tate Avenue, Suite 300, Grapevine, Texas 76051.

4.  All original docket entries shall be made in the case of PTL Holdings LLC, et al. Case No. 11-12676, and a docket entry shall be made in the docket for Premier's chapter 11 case, substantially as follows:

> An order has been entered in this case (the "Joint Administration Order") directing the joint administration of the chapter 11 cases listed below. The docket in the case, PTL Holdings LLC, Case No. 11-12676, shall be consulted for all matters affecting this case. PTL Holdings LLC

2

(Case No. 11-12676 and Premier Trailer Leasing, Inc. (Case No. 11-12677) are jointly administered for procedural purposes only pursuant to the Joint Administration Order.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases, and this order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

6. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August ___, 2011

_____
UNITED STATES BANKRUPTCY JUDGE