# EXHIBIT B

EXHIBIT B

**PREMIER TRAILER LEASING, INC.**
**FINANCIAL PROJECTIONS**

For purposes of developing the Plan an evaluating its feasibility, the following financial projections ("Projections") were prepared. These Projections reflect the Debtors' estimate of its expected consolidated financial position, results of operations and cash flows of the Reorganized Debtors. Accordingly, the Projections reflect management's judgment of expected future operating and business conditions, which are subject to change.

All estimates and assumptions shown within the projections were developed by management. The projections have not been audited or reviewed by independent accounts. The assumptions disclosed herein are those that management believes to be significant to the Projections. Although the Debtor is of the opinion that these assumptions are reasonable under the circumstances, such assumptions are subject to significant uncertainties, such as, among others, the average utilization realized, purchase prices of assets, rental rates experienced, laws and regulations, interest rates, inflation, and other economic factors affecting the Company's business. Despite efforts to foresee and plan for the effects of changes in these circumstances, the impacts cannot be predicted with certainty. Consequently, actual financial results could vary significantly from projected results.

**THE PROJECTIONS, INCLUDING THE UNDERLYING ASSUMPTIONS, SHOULD BE CAREFULLY REVIEWED IN EVALUATING THE PLAN. WHILE MANAGEMENT BELIEVES THE ASSUMTIONS UNDERLYING THE PROJECTIONS, WHEN CONSIDERED ON AN OVERALL BASIS, ARE REASONABLE IN LIGHT OF CURRNET CICRUMSTANCES AND EXPECATIONS, NO ASSURANCE CAN BE GIVEN THAT THE PROJECTIONS WILL BE REALIZED.**

**THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS OR ANY OTHER PERSON AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED.**

The significant assumptions used in the preparation of the Projections are stated below. The Projections assume that the Debtor's business strategy will not change as a result of its reorganization and change of ownership. The projections assume certain specific economic and business conditions, with general assumptions based upon future macroeconomic indicators, historic growth and estimated directions of specific markets thereafter.

These Projections were prepared in good faith based on assumptions believed to be reasonable and applied in a manner consistent with past practices. They should be read in conjunction with the assumptions and qualifications to the tables contained herein, the risk factors described in Article XIX of the Disclosure Statement and the historical financial information contained in this Disclosure Statement.

**THE COMPANY DOES NOT, AS A MATTER OF COURSE, PUBLISH OF DISCLOSE THEIR FINANCIAL PROJECTIONS. ACCORDINGLY, THE COMPANY DOES NOT INTEND, AND DISCLAIMS ANY OBLIGATION TO, (A) FURNISH UPDATED PROJECTIONS TO THE HOLDERS OF CLAIMS OR EQUITY INTEREST AT ANY TIME IN THE FUTURE, (B) INCLUDE UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SECURITIES AND EXCHANGE COMMISSION, OR (C) OTHERWISE MAKE UPDATED INFORMATION OR PROJECTIONS PUBLICLY AVAILABLE. THE SUMMARY FINANCIAL PROJECTIONS AND RELATED INFORMATION PROVIDED IN THE DISCLOSURE STATEMENT AND THE EXHIBITS THERETO HAVE BEEN PREPARED EXCLUSIVELY BY THE COMPANY'S MANAGEMENT. THESE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIAMTES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT BE REALIZED, AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINS AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE COMPANY'S CONTROL. THE COMPANY CAUTIONS THAT NO REPRESENTATIONS CAN BE MADE AS TO THE ACCURACY OF THESE FINACNIAL PROJECTIONS AND RELATED INFORMATION OR AS TO THE REORGANIZED COMPANY'S ABILITY TO ACHIVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITALY WILL NOT MATERIALIZE AND EVENTS AND CIRCUMSTANCES OCCURING SUBSEQUENT TO THE DATE ON WHICH THESE PROJECTIONS WERE PREPARED**

**MAY BE DIFFERENT FROM THOSE ASSUMED OR MAY BE UNANTICIPATED, AND THUS MAY AFFECT FINANCIAL RESULTS IN A MATERIAL AND POSSIBLEY ADVERSE MANNER. THE PROJECTIONS AND RELATED INFORMATION, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.**

### SUMMARY OF SIGNIFICANT BUSINESS AND ECONOMIC ASSUMPTIONS

The projections are based upon a number of significant assumptions described below.

*Effective Date.* The projections have been prepared based on the assumption that the effective date of the transactions contemplated by the Plan is September 1, 2011. Although we presently intend to cause the effective date to occur as soon as practical following the confirmation of the Plan, there can be no assurance as to when the effective date will actually occur given the conditions for the effective date to occur pursuant to the terms of the Plan.

**Income Statement Assumptions**

*Revenue Assumptions:*

(a) *Rate Revenue:* The Company provides long-term leases and short-term rentals on truck trailers for periods ranging from a single day to several years. The transportation industry is cyclical and has historically been a leading indicator of economic activity and the market has recently been showing signs of stabilization. The future performance of the Company depends heavily on broad economic indicators including key manufacturing and retail indices, among others. Management's projections assume an improving economic environment through 2013, with a down cycle expected to begin in 2014. The projections show expected utilization increasing from approximately 88% at the time of the Plan effective date to a peak of approximately 93% in late 2013, before retreating to below 90% in 2015 as the economy experiences a slow down. The Company expects monthly rates per unit ("RPU") to increase for both short-term and long-term leases during the projection period, with long-term rates increasing at a quicker pace. Additionally, the Company expects the mix of its trailers on long-term lease to increase throughout the forecast period as the economy rebounds in the early periods of the plan.

(b) *Non-Rate Revenue:* The Company's non-rate revenue is composed of mileage revenue, rebill revenue, treadwear/brakewear revenue and other income received outside of the monthly rental rate. Non-Rate revenue comprises an average of approximately 11% of total revenue during the projection period.

*Cost of Sales Assumptions:*

*(a) Trailer Depreciation:* Depreciation of trailer assets is the largest component of cost of sales, representing an average of approximately 67% of the cost of sales during the forecast period. Depreciation expense increases from approximately 65% to 69% during the forecast period, as the Company's growth accelerates resulting in the purchase of additional trailers.

*(b) Maintenance Expenses:* Maintenance expense for trailer assets is the second largest component of cost of sales, representing an average of approximately 22% of the cost of sales during the forecast period. Maintenance expenses are expected to grow at a compound annual growth rate of approximately 3.0% during the forecast period.

*(c) Other:* Other cost of sales include, among others items, rebill expenses, repositioning expenses and sub-lease payments. Other cost of sales are expected to remain flat throughout the forecast period.

*Operating Expense Assumptions:*

(a) *Payroll Costs:* Payroll costs include (1) salary and wages; (2) payroll taxes; (3) incentive compensation and (4) employee benefits. The projections assume payroll costs are flat through the projection period and decrease as a percentage of sales from 16% in 2011 to 14% in 2015. Payroll costs represent the largest operating expense and account for an average of approximately 60% of operating expenses during the forecast period.

(b) *Occupancy Costs:* Occupancy expenses are expected to remain flat throughout the forecast period at approximately 15% of operating expenses.

(c) *Other Expenses:* Other expenses are related to advertising and marketing; communications, general insurance; computer software; furniture and equipment; property sales and use taxes; travel and entertainment; professional services; and other operating expenses. The Company projects annual operating expenses based on historical levels and expect the majority of these costs to remain flat with certain exceptions.

*Reserve for Bad Debt.* Management expects to experience lower bad debt expense to in 2012 and 2013, and subsequent slight increases in 2014 and 2015, coinciding with the expected economic slowdown forecast for those periods. The average bad debt expense for the forecast period is 2.3%, consistent with prior experience.

*Taxes.* The financial projections assume a statutory federal income tax rate of 35%.

**Cash Flow Assumptions**

*Cash Flow from Operating Activities.* Cash flows from operating activities result from the Company's earnings, adjusted for non-cash charges and changes in working capital. Investments in working capital are based off of historical ratios.

*Cash Flow from Investing Activities.* The primary investing activity is capital expenditures for the purchase of trailers. Management also expects to undertake certain trailer dispositions during the period for trailers that have reached the end of their useful lives.

*Cash Flow from Financing Activities.* Cash flows from financing activities are based on expected debt repayments for the Stoughton capital leases and borrowings and repayments on the new revolving credit facility needed to fund working capital and capital expenditures.

**Balance Sheet Assumptions**

*Cash.* The projections assume a sweep of excess cash flow to any outstanding balance on the new revolving credit line.

*Debt.* The financial projections reflect the post-emergence debt balances outlined in the Plan.

## UNAUDITED PRO FORMA PROJECTED FINANCIAL INFORMATION

The Projections of the Company as set forth below are unaudited and should be read in conjunction with the assumptions and qualifications set forth herein.

These Projections were prepared to show the estimated consolidated financial positions, results of operations and cash flows of the Company and take into account the estimated effects on the capitalization of the Company as defined in the Plan. As such, the Projections consider the ongoing operations of the Reorganized Debtors and its proposed strategies for managing its operations and do not take into account the effects of the principles of "fresh start" accounting.

The Projections herein include:

1. A pro forma projected consolidated balance sheet of the Company as of September 1, 2011, adjusted to reflect the estimated effect of implementing the Plan.

2. Pro forma projected consolidated balance sheets of the Company as of December 31, 2011, 2012, 2013, 2014 and 2015 reflecting the estimated effect of the Plan on the capitalization of the Company after emerging from Chapter 11;

3. Pro forma projected consolidated statements of operations of the Company for the four months ended December 31, 2011 (assuming a Plan Effective Date of September 1, 2011) and the twelve months ended December 31, 2012, 2013, 2014 and 2015, in each case reflecting the estimated effect of the Plan on the interest costs of the Company after emerging from Chapter 11; and

4. Pro forma projected consolidated statements of cash flows of the Company for each period for which a consolidated statement of operations is presented herein reflecting the cash flow effects of the aforementioned items

**THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLICANCE WITH THE GUIDELINES ESTABLISHED BY THE AICPA, THE FINANCIAL ACCOUNTING STANDARDS BOARD (THE "FASB") OR THE RULES AND REGULATIONS OF THE SEC. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED, REVIEWED OR SUBJECTED TO ANY PROCEDURES DESIGNED TO PROVIDE ANY LEVEL OF ASSURANCE BY THE COMPANY'S INDEPENDENT PUBLIC ACCOUNTANTS. WHILE PRESENTED WITH NUMERICAL SPECIFICITY, THE PROJECTIONS ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS, WHICH ALTHOUGH DEVELOPED AND CONSIDERED REABONABLE BY MANAGEMENT, MANY NOT REALIZED AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE COMPANY'S MANAGEMENT. THESE UNCERTANINTIES INCLUDE, AMONG OTHER THINGS, THE ULTIMATE OUTCOME AND CONTENTS OF A CONFIRMED PLAN OF REORGANIZATION AND THE TIMING OF THE CONFIRMATION OF SUCH PLAN. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE COMPANY, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE PROJECTIONS OR THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY VARY MATERIALLY FROM THOSE PRESENTED IN THESE PROJECTIONS.**

Premier Trailer Leasing
Summary Pro-Forma Financial Statements
Balance Sheet
*(in thousands USD)*

| | Projected Pre-Emergence | Plan of Reorganization Adjustments | | | Reorganized |
| --- | --- | --- | --- | --- | --- |
| | | Satisfaction of First Lien Claims | Discharge of of Second Lien Claims | Exit Financing | |
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable, net | 4,483 | - | - | - | 4,483 |
| Prepaid Expense & Deposits | 654 | - | - | - | 654 |
| Other Current Assets | 175 | - | - | - | 175 |
| Current Assets | 5,311 | - | - | - | 5,311 |
| Fixed Assets - Trailer Cost Basis (incl. Stoughton) | 165,454 | - | - | - | 165,454 |
| Trailer Improvements | 7,660 | - | - | - | 7,660 |
| Accumulated Depreciation | (48,642) | - | - | - | (48,642) |
| Fixed Assets - Trailers, Net | 124,472 | - | - | - | 124,472 |
| Other Fixed Assets, Net | 155 | - | - | - | 155 |
| Unamortized Intangible Premiums | 460 | - | - | - | 460 |
| Deferred Financing Fees | 339 | - | - | - | 339 |
| **Total Assets** | $ 130,738 | $ - | $ - | $ - | $ 130,738 |
| **LIABILITIES** | | | | | |
| Current liabilities: | | | | | |
| Accounts Payable | $ 358 | $ - | $ - | $ - | $ 358 |
| Accrued Expenses | 2,146 | - | - | - | 2,146 |
| Taxes Payable | 87 | - | - | - | 87 |
| Current Liabilities | 2,591 | - | - | - | 2,591 |
| Capital Lease Obligations | $ 26,264 | $ - | $ - | $ - | $ 26,264 |
| Existing ABL Loan | 82,683 | (82,683) | - | - | - |
| Existing Second Lien Loan | 27,631 | - | (27,631) | - | - |
| Revolving Credit Line | - | - | - | 28,000 | 28,000 |
| Total Liabilities | 139,169 | (82,683) | (27,631) | 28,000 | 56,855 |
| Stockholders' Equity | (8,431) | 82,683 | 27,631 | (28,000) | 73,883 |
| **Total Liabilities & Stockholders' Equity** | $ 130,738 | $ - | | $ - | $ 130,738 |

**Premier Trailer Leasing**
**Summary Pro-Forma Financial Statements**
**Balance Sheet**
*(in thousands USD)*

| ASSETS | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|
| Current assets: | | | | | |
| Cash | $    - | $    - | $    - | $    - | $    - |
| Accounts Receivable, net | 4,393 | 3,985 | 3,393 | 2,360 | 1,118 |
| Prepaid Expense & Deposits | 654 | 654 | 654 | 654 | 654 |
| Other Current Assets | 175 | 175 | 175 | 175 | 175 |
| Current Assets | 5,222 | 4,813 | 4,222 | 3,188 | 1,946 |
| Fixed Assets - Trailer Cost Basis (incl. Stoughton) | 169,872 | 194,287 | 214,147 | 232,130 | 247,969 |
| Trailer Improvements | 7,660 | 7,660 | 7,660 | 7,660 | 7,660 |
| Accumulated Depreciation | (52,014) | (62,745) | (74,148) | (86,213) | (98,740) |
| Fixed Assets - Trailers, Net | 125,517 | 139,202 | 147,659 | 153,577 | 156,889 |
| Other Fixed Assets, Net | 144 | 130 | 115 | 100 | 79 |
| Unamortized Intangible Premiums | 284 | 93 | 92 | 92 | 92 |
| Deferred Financing Fees | 271 | 100 | 97 | 97 | 97 |
| **Total Assets** | **$ 131,437** | **$ 144,338** | **$ 152,185** | **$ 157,054** | **$ 159,103** |
| **LIABILITIES** | | | | | |
| Current liabilities: | | | | | |
| Accounts Payable | $    369 | $    410 | $    437 | $    443 | $    454 |
| Accrued Expenses | 2,212 | 2,458 | 2,624 | 2,660 | 2,722 |
| Taxes Payable | 275 | 677 | 839 | 606 | 344 |
| Current Liabilities | 2,856 | 3,545 | 3,901 | 3,709 | 3,520 |
| Capital Lease Obligations | 24,869 | 20,490 | 15,803 | 10,313 | 4,824 |
| Revolving Credit Line | 28,842 | 41,232 | 46,855 | 49,529 | 49,214 |
| Deferred Tax Liability | 178 | 1,049 | 2,408 | 4,041 | 5,708 |
| **Total Liabilities** | 56,746 | 66,316 | 68,967 | 67,592 | 63,266 |
| Stockholders' Equity | 74,692 | 78,021 | 83,218 | 89,462 | 95,838 |
| **Total Liabilities & Stockholders' Equity** | **$ 131,437** | **$ 144,338** | **$ 152,185** | **$ 157,054** | **$ 159,103** |

**Premier Trailer Leasing**
**Summary Pro-Forma Financial Statements**
**Statement of Operations**
*(in thousands USD)*

|  | Sep-Dec 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---:|---:|---:|---:|---:|
| Rate Revenue | $ 10,687 | $ 33,904 | $ 36,799 | $ 38,379 | $ 39,124 |
| Non-Rate Revenue | 1,344 | 4,166 | 4,401 | 4,520 | 4,543 |
| Total Revenue | 12,031 | 38,069 | 41,201 | 42,900 | 43,667 |
| Cost of Sales | 5,223 | 16,102 | 17,000 | 17,741 | 18,214 |
| Gross Profit | 6,809 | 21,967 | 24,200 | 25,159 | 25,453 |
| Operating Expenses | 3,558 | 10,360 | 10,238 | 10,398 | 10,494 |
| Write-offs and Reserves | 810 | 3,059 | 2,995 | 2,357 | 2,300 |
| Operating Income | 2,441 | 8,548 | 10,967 | 12,403 | 12,659 |
| Interest and Bank Fees, Net | 1,023 | 3,063 | 2,968 | 2,797 | 2,851 |
| Amortization | 244 | 362 | 3 | 0 | 0 |
| Pre-Tax Income / (Loss) | 1,174 | 5,122 | 7,995 | 9,607 | 9,808 |
| Taxes on Income | 366 | 1,793 | 2,798 | 3,362 | 3,433 |
| Net Income / (Loss) | $ 808 | $ 3,330 | $ 5,197 | $ 6,244 | $ 6,375 |

**Premier Trailer Leasing**
**Summary Pro-Forma Financial Statements**
**Statement of Cash Flows**
*(in thousands USD)*

|  | Sep-Dec 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---:|---:|---:|---:|---:|
| Net Income | $ 808 | $ 3,330 | $ 5,197 | $ 6,244 | $ 6,375 |
| Adjustments to to reconcile net income to cash provided by operating activities: | | | | | |
| Depreciation Expense | 3,396 | 10,795 | 11,468 | 12,130 | 12,598 |
| Amortization Expense | 244 | 362 | 3 | - | - |
| (Gain)/Loss on Sale of Fixed Assets | 593 | 2,374 | 2,205 | 1,303 | 990 |
| Change in Accounts Receivable | 90 | 408 | 591 | 1,034 | 1,242 |
| Change in Other Current Assets | - | - | - | - | - |
| Change in Accounts Payable | 11 | 41 | 28 | 6 | 10 |
| Change in Other Current Liabilities | 66 | 246 | 166 | 36 | 62 |
| Changes in Deferred Tax Payable/(Benefit) | 188 | 402 | 162 | (234) | (262) |
| Change in LT Assets and Liabilities | 178 | 871 | 1,359 | 1,633 | 1,667 |
| **Cash Flow From Operations** | $ 5,575 | $ 18,829 | $ 21,180 | $ 22,152 | $ 22,683 |
| Purchase of Trailers | (5,338) | (28,366) | (23,347) | (20,059) | (17,476) |
| Sale of Trailers | 327 | 1,577 | 1,281 | 773 | 648 |
| Purchase of Other Assets | (13) | (50) | (50) | (50) | (50) |
| **Cash Flow From Investing Activities** | $ (5,023) | $ (26,839) | $ (22,116) | $ (19,336) | $ (16,879) |
| Principal Payments on Leases | (1,395) | (4,379) | (4,687) | (5,490) | (5,490) |
| Borrowing/(Paydown) on Revolving Credit Line | 842 | 12,390 | 5,623 | 2,673 | (315) |
| **Cash Flow From Financing Activities** | $ (552) | $ 8,011 | $ 936 | $ (2,816) | $ (5,805) |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ - |
| Opening Cash Balance | $ - | $ - | $ - | $ - | $ - |
| Ending Cash Balance | - | - | - | - | - |