IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PTL Holdings LLC, et al.,[1] | ) | Case No. 11-12676 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re Docket No. 15 |

**CERTIFICATION OF COUNSEL REGARDING REVISED
PROPOSED FORM OF ORDER GRANTING MOTION (A) PROVIDING
EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS
OF FINANCIAL AFFIARS; (B) PROVIDING FOR WAIVER OF
REQUIREMENT TO FILE SCHEDULES AND STATEMET OF FINANCIAL
AFFAIRS IF PLAN BECOMES EFFECTIVE PRIOR TO EXPIRATION OF
SUCH EXTENSION; AND (C) DIRECTING THE U.S. TRUSTEE NOT TO
CONVENE A MEETING OF CREDITORS OR EQUITY SECURITY HOLDERS**

The undersigned hereby certifies that:

1. On August 23, 2011, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion (A) Providing Extension of Time to File Schedules and Statements of Financial Affairs; (B) Providing for Waiver of Requirement to File Schedules and Statements of Financial Affairs if Plan Becomes Effective Prior to Expiration of Such Extension; and (C) Directing the U.S. Trustee Not to Convene a Meeting of Creditors or Equity Security Holders [Docket No. 15]* (the "Motion").[2]

2. Subsequent to the filing of the Motion, the Office of the United States Trustee (the "U.S. Trustee") informally raised certain concerns about the Motion with counsel

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: PTL Holdings LLC (6723) and Premier Trailer Leasing, Inc. (3906).

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

for the Debtors. Counsel for the Debtors addressed the concerns to the satisfaction of the U.S. Trustee by making certain revisions to the proposed form of order that was filed with the Motion.

3. Attached hereto as <u>Exhibit A</u> is a clean copy of the revised, proposed form of order (the "Revised Order") granting the Motion. The Revised Order incorporates the changes agreed to with the U.S. Trustee.

4. A blacklined copy of the Revised Order (that highlights the above-noted changes) is attached hereto as <u>Exhibit B</u>.

5. Since: (i) the September 23, 2011 objection deadline for the Motion has expired; (ii) no formal objections to the Motion were filed; and (iii) the above-noted changes to the Revised Order were made at the request of the U.S. Trustee, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

6.  Counsel for the Debtors is available should the Court have any questions or concerns with the foregoing.

Dated: September 29 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried, Esq. (CA Bar No. 181541)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
    dbertenthal@pszjlaw.com
    jfried@pszjlaw.com
    chehn@pszjlaw.com

[Proposed] Counsel for Debtors and Debtors in Possession