IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PTL Holdings LLC, *et al.*,[1] ) | Case No. 11-12676 (BLS) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Related to Docket No. 15** |

**CERTIFICATION OF COUNSEL REGARDING AMENDED
ORDER GRANTING MOTION (A) PROVIDING EXTENSION
OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL
AFFAIR; (B) PROVIDING FOR WAIVER OF REQUIREMENT TO FILE
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS IF PLAN
BECOMES EFFECTIVE PRIOR TO EXPIRATION OF SUCH EXTENSION;
AND (C) DIRECTING THE U.S. TRUSTEE NOT TO CONVENE A
MEETING OF CREDITORS OR EQUITY SECURITY HOLDERS**

The undersigned hereby certifies that:

1. On August 23, 2011, the above-captioned debtors and debtors in possession (the "Debtors") filed the that certain *Motion (A) Providing Extension of Time to File Schedules and Statements of Financial Affairs; (B) Providing for Waiver of Requirements to File Schedules and Statements of Financial Affairs if Plan Becomes Effective Prior to Expiration of Such Extensions; and (C) Directing the U.S. Trustee Not to Convene a Meeting of Creditors or Equity Security Holders [Docket No. 15]* (the "Motion").

2. Subsequent to the filing of the Motion, the Office of the United States Trustee (the "U.S. Trustee") informally raised certain concerns about the relief sought in the

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: PTL Holdings LLC (6723) and Premier Trailer Leasing, Inc. (3906).

Motion with the Debtors. The Debtors and the U.S. Trustee were able to consensually resolve the concerns raised by the U.S. Trustee and presented a revised form of order (the "Order") to the Court by way of certification of counsel [Docket No. 125]. The Court entered the Order on September 29, 2011 [Docket No. 128].

3. Given the pendency of the Court's decision on the confirmation of the *Prepackaged Joint Plan of Reorganization of PTL Holdings LLC, et al., Under Chapter 11 of the Bankruptcy Code [Docket No. 13]* (the "Plan"), the U.S. Trustee has agreed to the Debtors' request to extend the deadlines set forth in the Order for approximately two weeks, as set forth in the proposed Amended Order attached hereto as Exhibit A.

4. A blacklined copy of the Amended Order (that highlights the above-noted changes as compared to the Order) is attached hereto as Exhibit B.

5. The Debtors respectfully request that the Court enter the Amended Order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

6. Counsel for the Debtors is available should the Court have any questions or concerns with the foregoing.

Dated: October 21 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Joshua M. Fried, Esq. (CA Bar No. 181541)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      jfried@pszjlaw.com
      chehn@pszjlaw.com

Counsel for Debtors and
Debtors in Possession